U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN -7 2018

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:18-MJ- 355 |
| JOSE GONZALES (01)<br>a/k/a "Jose Chavez Gonzalez"<br>a/k/a "Jose Gonzalez"<br>JOHN DAVID COCHRAN (02)<br>a/k/a "Johnny" | |

## CRIMINAL COMPLAINT

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

Beginning on and before May 2017, in the Fort Worth Division of the Northern District of Texas, defendants Jose Gonzales, aka Jose Chavez Gonzalez, aka Jose Gonzalez; John David Cochran, aka Johnny; and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of possess in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance in violation of 21 U.S.C. § 846.

### I. INTRODUCTION

1. I have been a Task Force Officer for the DEA for approximately 2-1/2 years. I received basic investigative instruction at the Fort Worth Police Academy and additional continuing instruction regarding investigative techniques through Texoma HIDTA. I am currently assigned to the DEA Dallas Field Division's Fort Worth District

Office (FWDO) working with agents, investigators and officers from the DEA, the Fort Worth, Texas Police Department and other state and local agencies.

2. I have participated as a law enforcement officer in several investigations of unlawful narcotics distribution and have conducted and/or participated in wiretap investigations, physical and electronic surveillances, undercover transactions, the execution of search and arrest warrants, debriefings of informants, and review of taped conversations and drug records. Through my training, education, and experience, I have become familiar with the manner in which illegal drugs are transported, stored and distributed, and the methods of payments for such drugs. I am also familiar with some of the methods by which drug traffickers communicate and code words commonly used by drug traffickers.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for a criminal complaint and does not set forth all of my knowledge about this matter.

4. This affidavit is submitted in support of a criminal complaint against Jose Gonzales, aka Jose Chavez Gonzalez, aka Jose Gonzalez; John David Cochran, aka Johnny; for a violation of 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute and Distribute a Schedule II Controlled Substance, namely methamphetamine.

## II. PROBABLE CAUSE

5. Since approximately October 2017, the government has been investigating allegations that Jose Gonzales, aka Jose Chavez Gonzalez, aka Jose Gonzalez; John David Cochran, aka Johnny; and others have conspired together to possess methamphetamine with the intent to distribute it in the Dallas/Fort Worth area.

6. In May 2017, investigators with the Tarrant County Sheriff's Office Combined Narcotics Enforcement Team (TCSO CNET) began an investigation into a Drug Trafficking Organization (DTO) distributing illicit narcotics from a business located at 301 W. Euless Boulevard, Euless, Texas. Through traditional investigative techniques, TCSO CNET investigators identified defendant JOSE GONZALES, aka Jose Chavez Gonzalez, aka Jose Gonzalez as a DTO member supplying multiple grams to kilogram quantities of methamphetamine to other organizational members. TCSO CNET investigators further identified defendant JOHN DAVID COCHRAN, aka Johnny; and others as criminal associates of GONZALES involved in the distribution of methamphetamine.

7. On November 3, 2017, at the direction of DEA FWDO agents/officers and TCSO CNET investigators, CI-1 contacted defendant GONZALES and arranged a controlled purchase of approximately four (4) ounces of methamphetamine from GONZALES. GONZALES instructed CI-1 to meet at GONZALES' apartment. On November 3, 2017, CI-1 met GONZALES at 605 Del Paso Street, apartment number

145, Euless, Texas. GONZALES handed CI-1 approximately four (4) ounces of methamphetamine. CI-1 paid GONZALES $1,400.00 for the four (4) ounces of methamphetamine. Affiant has received the lab results from the DEA South Central Laboratory confirming the substance was methamphetamine.

8.   On December 20, 2017, Fort Worth Police Department (FWPD) Narcotics Units received information from a citizen complaint about defendant COCHRAN being a distributor of illicit narcotics trafficking in the Hurst, Euless, Bedford, Texas areas. FWPD Officers J. Lopez and A. Thongrivong established surveillance at 440 Haltom Road, Hurst, Texas and observed a white Ford F-150 pickup arrive at the location, stay at the location for a few minutes, then leave the location. The activity was consistent with drug purchases and the selling of narcotics.

9.   FWPD Officers followed the white Ford F-150 from the location, and observed several traffic violations. FWPD Officer Karna, in a marked black and white patrol unit, affected a traffic stop on the Ford F-150 in the 8400 block of Bedford Euless Road, Hurst, Texas. COCHRAN was driving the vehicle. FWPD Officer Karna asked COCHRAN if he had anything illegal in the vehicle and COCHRAN stated that he had drug paraphernalia in the vehicle. Officer Karna requested other officers to assist in searching the vehicle. Officer Lopez and Officer Thongrivong arrived and conducted a search of the vehicle and COCHRAN. Three (3) clear baggies containing a clear crystal type substance, which officers believed to be methamphetamine, were found in COCHRAN'S right front pants pocket.

Criminal Complaint - Page 4

10. COCHRAN admitted to Officers that the three (3) clear baggies containing the crystal type substance were his, and said that Jose Gonzales, who resides in Euless, Texas, was his source of supply.

11. COCHRAN agreed to cooperate with a further investigation, and Officers Lopez and Thongrivong prepared COCHRAN to conduct a controlled purchase of methamphetamine from GONZALES. Officers followed COCHRAN to the Bear Creek Apartments, located at 605 Del Paso Street in Euless, Texas. COCHRAN made contact with GONZALES at the apartments, but was turned away and no purchase was made at that time.

12. Fort Worth Police Department Narcotics Unit agreed to let COCHRAN continue to cooperate by attempting to make a future controlled drug deal and released him at the scene. COCHRAN, however, never made contact with Fort Worth Police Department Narcotics after his release. On March 18, 2018, a state arrest warrant was issued for COCHRAN for Possession of a Controlled Substance 4 – 200 grams.

13. On May 31, 2018, Investigators from the TCSO CNET established surveillance on GONZALES' apartment located at 605 Del Paso Street #145, Euless, Texas. At approximately 4:00 p.m., TCSO CNET Investigators Sanchez, Byam, and Osborne received a call from CNET Investigator Lord that he had received a call from Irving Police Department Narcotics that they were in the area and had received intelligence that COCHRAN was going to be taking delivery of a large quantity of methamphetamine from an unknown source at the Bear Creek Apartments located at 605

Del Paso Street, Euless, Texas. Investigator Sanchez contacted Irving Police Department Narcotic Investigator Hilton and advised that they were at the Bear Creek Apartments, and asked for any intelligence on COCHRAN'S location. Investigator Hilton stated that COCHRAN was in Euless and would be in a white Dodge Ram 4 door pickup bearing TX LP HRP3134.

14. At approximately 5:33 p.m., Investigator Osborne observed a white male approach the front door of Apartment # 145 at the Bear Creek Apartments, located at 605 Del Paso Street, Euless, Texas. Through suspect photographs given to Investigator Osborne of COCHRAN and GONZALES, he was able to positively identify the white male who approached the door as COCHRAN, and the Hispanic male who answered the door as GONZALES. COCHRAN entered the residence, stayed inside approximately four minutes, then exited the apartment and walked towards a public park that connects to the 600 block of Pauline Street. Investigator Hilton advised that the white Dodge pickup that COCHRAN was said to be arriving in was in the 600 block of Pauline Street. Investigator Sanchez arrived in the 600 block of Pauline Street and observed COCHRAN as the passenger in the white Dodge pickup.

15. Euless Police Department was contacted to affect a traffic stop on the vehicle, and Euless Officer Chism, in a marked patrol unit, affected a traffic stop. Officer Chism recognized COCHRAN as the passenger because he had encountered COCHRAN during in previous investigations. COCHRAN was attempting to hide his face. Officer Chism ran COCHRAN for outstanding warrants, and found that COCHRAN had two (2)

warrants out of Euless PD, one for Theft and another for Evading Detention or Arrest, and a felony warrant for Possession of a Controlled Substance 4 – 200 grams.

16. COCHRAN was placed under arrest for his outstanding warrants. During a search incident to arrest, a small blue baggie with a crystal type substance was found in COCHRAN's right front shirt pocket. After finding the small blue baggie, COCHRAN was escorted to Chism's marked patrol unit, where on the way, COCHRAN began to collapse and fell to the ground. Upon falling to the ground, a large clear plastic baggie fell from the leg of COCHRAN's pants.

17. COCHRAN was arrested for the outstanding warrants out of Euless PD and Fort Worth PD; as well as for Manufacture/Delivery of a Controlled Substance PG1 4g<200g for the approximately 62.6 gross grams of methamphetamine in COCHRAN'S possession at the time of his arrest.

18. I believe that the facts stated here establish probable cause that the defendants have committed a violation of 21 U.S.C. Section 846, Conspiracy to Possess of Methamphetamine with the Intent to distribute it.

_____
William C. White
Task Force Officer
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence this 7TH day of June 2018, at 9:38 a.m./p.m., in Fort Worth, Texas.

_____
HAL R. RAY, JR.
United States Magistrate Judge